IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNY THOMPSON, ALVIN PAUL
and WILLIAM MORALES,

    Plaintiffs,

v.                                                       Case No. 1:17-CV-00849 JCH/KBM

SHERMAN SINGLETON and SINGLETON
MOBILE HOMES SALES, INC.,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action be dismissed with prejudice. Each party is to bear its own costs and attorneys fees.

Submitted by,

WAYNE R. SUGGETT ATTORNEY AT LAW, P.C.

By: */s/ Wayne R. Suggett*
    WAYNE R. SUGGETT
Albuquerque Plaza
201 Third Street, Suite 1720
Albuquerque, New Mexico 87102
Telephone: (505) 767-9804
wayne@suggettlaw.com
*Attorney for Plaintiffs*

Approved,

MILLER STRATVERT P.A.

By: */s/ Dylan O'Reilly*
    DYLAN O'REILLY
P.O. Box 1986
Santa Fe, New Mexico 87501-1986
Phone:    (505) 989-9614
doreilly@mstlaw.com
*Attorney for Defendants*

I hereby certify that on August 14, 2018 a true and correct copy of the foregoing was served via the court's electronic filing system on parties and counsel of record.

*/s/ Wayne R. Suggett*
Wayne R. Suggett

3518344